No. 85–2077. BRYAN ET AL. *v.* ERKINS ET AL.; and

No. 86–372. UNITED STEELWORKERS OF AMERICA v. ERKINS ET AL. C. A. 11th Cir. Certiorari denied.